UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES MORAN,<br><br>        Defendant. | Case No. 22-cr-00193-VC-1<br><br>**ORDER DENYING STIPULATION TO EXCLUDE TIME**<br><br>Re: Dkt. No. 31 |

The stipulated request to exclude time between January 11 and March 20 for the purpose of preparing a plea agreement is denied. As the Court understands it, preparing a plea agreement is not a proper basis to exclude time. If the parties wish to request an exclusion of time beginning January 11, they may submit a stipulation by noon on Friday, February 3 asserting a proper basis for exclusion. Moreover, if the parties have reached a deal, the Court does not understand why a change of plea would need to wait until March 20. In the revised stipulation, the parties should schedule the change of plea for either February 13 or February 27.

**IT IS SO ORDERED.**

Dated: February 1, 2023

_____
VINCE CHHABRIA
United States District Judge